■ In the Matter of the Estate of FRANK A. LUDLAM, Deceased. EL RENA L. SCHOELLES, Appellant; NATHAN ZAUSMER et al., as Executors of FRANK A. LUDLAM, Deceased, Respondents.— Appeal from an order of the Surrogate's Court, Nassau County, which *inter alia* denies appellant's motion to vacate a decree authorizing respondents to sell real property of the estate upon stated terms, and grants respondents' cross motion to resettle said decree. Order affirmed, with $10 costs and disbursements, payable by appellant. No opinion. Nolan, P. J., Beldock, Murphy, Ughetta and Hallinan, JJ., concur. [See *post*, p. 992.]

■ CAROLINE B. KENNARD, as Administratrix of the Estate of LEONARD E. COKER, Deceased, Plaintiff, v. HOUSING ASSOCIATES, INC., et al., Defendants. HOUSING ASSOCIATES, INC., Third-Party Plaintiff-Respondent, v. C. W. LAUMAN & Co., INC., Third-Party Defendant-Appellant.— In an action to recover damages for wrongful death, the appeal is from an order denying appellant's motion to dismiss the third-party complaint for insufficiency on its face. Order affirmed, with $10 costs and disbursements. No opinion. Nolan, P. J., Wenzel, Ughetta, Hallinan and Kleinfeld, JJ., concur.